UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NELSON ROMERO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-98 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

This federal habeas petition was reassigned to the undersigned judge after the Fifth Circuit vacated a dismissal without prejudice for the petitioner's failure to respond to the State's motion for summary judgment (Dkt. 37). The Clerk is **ORDERED** to reopen this case. The petitioner, Nelson Romero, is **ORDERED** to file his response to the State's motion for summary judgment within **sixty (60) days** of the date of this order.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Galveston, Texas, this 24th day of October, 2017.

_____
George C. Hanks Jr.
United States District Judge